## Summers *v.* Westchester Fire Insurance Company, Appellant.

Argued March 11, 1974. *Edward E. Knauss, III,* with him *Metzger, Wickersham, Knauss & Erb,* for appellant; *Walter K. Swartzkopf, Jr.,* with him *Sherill T. Moyer,* and *Rhoads, Sinon & Reader,* for plaintiff, appellee, and *Richard L. Kearns,* with him *Caldwell, Clouser & Kearns,* for defendants, appellees.

OPINION PER CURIAM: Judgment affirmed, on the opinion of CALDWELL, J., of the court below.

## Tassoni et ux. *v.* Ennis et ux., Appellants.

Argued March 27, 1974. *J. Leon Rabben,* for appellants; *Samuel G. Moyer,* with him *Power, Bowen and Valimont,* for appellees.

Order affirmed.